■ SARAHI GRANDE et al., Appellants, v ROMERO FERNANDEZ, Respondent. [847 NYS2d 480]—In an action to recover damages for personal injuries, etc., the plaintiffs appeal from an order of the Supreme Court, Queens County (Nelson, J.), entered September 29, 2006, which granted the defendant's motion for summary judgment dismissing the complaint on the ground that the plaintiff Sarahi Grande did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

The defendants met their prima facie burden of showing that the plaintiff Sarahi Grande did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955 [1992]). In opposition, the plaintiffs failed to raise a triable issue of fact. Mastro, J.P., Santucci, Dillon and Angiolillo, JJ., concur.